

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

```
UNITED STATES OF AMERICA   *
v.                         *   MISC. NO. 398-MC-19-G
RONALD GRIESACKER          *
                           *
```

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 1 1998
NANCY DOHERTY, CLERK
BY _____ Deputy

<u>ORDER FOR EXAMINATION TO DETERMINE MENTAL COMPETENCY</u>

The Court having considered the United State's Motion for a determination of defendant's mental capacity in accordance with the provisions of Title 18, United States Code, Sections 4241, and 4247 is of the opinion that the same should be **Granted**.

THEREFORE it is the Order of this Court that a psychiatrist or psychologist conduct the examination of the defendant to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to Title 18 United States Code, Section 4241.

It is further Ordered that the examination be conducted pursuant to the time provisions set forth in Title 18 United States Code Section 4247(b) and that upon completion of the examinations, the examiner will prepare and file with the Court, with copies provided to the counsel for the person examined and to the attorney for the Government, the written reports as

ORDER - Page 1



described in Title 18 United States Code Section 4247.

Therefore, IT IS THE ORDER of this Court that the defendant be remanded to the custody of the Attorney General and be transported to the United States Medical Center for Federal Prisoners, Springfield, Missouri, unless impracticable, in which case he will be transported to any other suitable facility, closest to the Court, as determined by the Attorney General, through the Bureau of Prisons, for an examination pursuant to Title 18, United States Code, Sections 4241(b) and 4247(b) to determine if the defendant is presently suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist in his defense.

IT IS FURTHER ORDERED that upon completion of the examinations and the filing of the reports, the defendant is to be returned by safe and secure means, to this district for hearings pursuant to the provisions of the law.

IT IS SO ORDERED.

SIGNED this 1st day of April, 1998.

                                                     A. JOE FISH
                                                    United States District Judge

ORDER FOR PSYCHIATRIC EXAMINATION - PAGE 2